# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| **ANDREW QUINN** | ) C |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
|  | ) |
| **U.S. DEPARTMENT OF HEAlth AND HUMAM SERVICES** | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case: 1:22-cv-01339
Assigned To : Unassigned
Assign. Date : 5/16/2022
Description: Pro Se Gen. Civ (F-DECK)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ANDREW QUINN |
| Street Address | 3160 Campbell DR |
| City and County | FAIRFAX, VA |
| State and Zip Code | Virginia, VA 22031 |
| Telephone Number | NONE |
| E-mail Address | NONE |

### B.     The Defendant(s)

**RECEIVED**

MAY 16 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

Name — US. Department of Heath and Human Services

Job or Title *(if known)* —

Street Address — 200 Independence Ave SW

City and County — Washington DC

State and Zip Code — Washington, DC 20201

Telephone Number — 1-877-696-6775

E-mail Address *(if known)* — NONE

**Defendant No. 2**

Name — County Attorney Office

Job or Title *(if known)* —

Street Address — 1425 N Courthouse RD

City and County — Arlington

State and Zip Code — Arlington, VA 22201

Telephone Number — 703-228-7116

E-mail Address *(if known)* — NONE

**Defendant No. 3**

Name — Department of Human Services

Job or Title *(if known)* — Behavioral Healthcare - Div

Street Address — 2120 Washington ■■■ Blvd 1st Floor

City and County — Arlington, ■■

State and Zip Code — Arlington, VA 22204

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name — Arlington County Government

Job or Title *(if known)* —

Street Address — 2100 Clarendon Blvd

City and County — Arlington

State and Zip Code — Arlington, VA 22201

Telephone Number — 703-228-1762

E-mail Address *(if known)* — NONE

Defendant No. 1

Name | ARLINGTON County PoLicE DEPARTMENT
Job or Title *(if known)* |
Street Address | 1425 N COURTHOUSE RD
City and County | ARLington
State and Zip Code | ARLington, VA 22201
Telephone Number |
E-mail Address *(if known)* |

Defendant No. 2

Name | ARLington County SHERIFF DEPARTMENT
Job or Title *(if known)* |
Street Address | 1425 N COURTHOUSE RD
City and County | ARLington
State and Zip Code | ARLington, VA 22201
Telephone Number |
E-mail Address *(if known)* |

Defendant No. 3

Name | TRANSit PoLicE
Job or Title *(if known)* |
Street Address | 600 5th St NW
City and County | WAShington-DC
State and Zip Code | WAShington, DC 20001
Telephone Number | 202-962-2194
E-mail Address *(if known)* |

Defendant No. 4

Name | DC DEPARTMENT of HumAn ServiceS
Job or Title *(if known)* |
Street Address | 899 N Capitol St NE
City and County | WAShington-DC
State and Zip Code | WAShington, DC
Telephone Number |
E-mail Address *(if known)* |

Defendant No. 1

Name      U.S. DEPARTMENT of HEALTH AND HUMAN SERVICES

Job or Title *(if known)*

Street Address      601 E 12th St

City and County      KANSAS City, MISSOURI

State and Zip Code      MISSOURI 64106

Telephone Number      —

E-mail Address *(if known)*      —

Defendant No. 2

Name      DEPARTMENT of JUSTICE — FBI

Job or Title *(if known)*

Street Address      1300 Summit St

City and County      KANSAS City, MISSOURI

State and Zip Code      MISSOURI 64105

Telephone Number      —

E-mail Address *(if known)*      —

Defendant No. 3

Name      DEPARTMENT of JUSTICE — FBI

Job or Title *(if known)*

Street Address      601 4th St NW

City and County      WASHINGTON DC

State and Zip Code      WASHINGTON, DC 20535

Telephone Number      202 - 278 - 2000

E-mail Address *(if known)*      —

Defendant No. 4

Name      ARLington DEPARTMENT of HUMAN SERVICES

Job or Title *(if known)*

Street Address      2100 WASHington BLvd 1st Floor

City and County

State and Zip Code      ARingTon, VA 22204

Telephone Number      703 - 228 - 1754

E-mail Address *(if known)*      —

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. HAARSSMENT INVASION of my PRIVEY STALKING FALSE IMPRISONMENT

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* ANDREW QUINN , is a citizen of the State of *(name)* VIRGINIA .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* US. Department of HEALTH AND Human SERVICES is incorporated under the laws of the State of *(name)* WASHINGTON - DC ,

and has its principal place of business in the State of *(name)*

WASHINGTON - DC .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____

b.  If the defendant is a corporation

The defendant, *(name)* US Department of Health and Human Services is incorporated under

the laws of the State of *(name)* Washington - DC , and has its

principal place of business in the State of *(name)* Washington - DC .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I HAVE BEEN HARASSED AND STALK BY THESE ~~████~~ PEOPLE FOR YEARS AND FOLLOW ACROSS THE COUNTRY I CAN4 GET THING THAT I AM ENTITLED TO MY Civil RIGHT HAVE BEEN VIOLATED HUMAN RIGHT

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. 60,000,000 Million Dollars



THEY TO HAVE NO CONTACT WITH ME

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-16-2022

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address